UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JOHN HEARD,

    Petitioner,

vs.                                               Civ. No. 19-497 KG/GJF

KEN SMITH,

    Respondent.

## ORDER TO CURE DEFICIENCY

Petitioner has submitted a habeas corpus petition. The Court determines that Petitioner's submission is deficient because Petitioner has not paid the $5 filing fee or filed an Application to Proceed in District Court Without Prepaying Fees or Costs. Petitioner's envelope included a purchase order for the $5 filing fee, but no $5 was included in the envelope. Petitioner must cure this deficiency within thirty (30) days from entry of this Order by *either* paying the full $5 filing fee *or* submitting an Application to Proceed in District Court Without Prepaying Fees or Costs. *See* 28 U.S.C. § 1915(a)(1). Failure to cure the designated deficiency within thirty (30) days from entry of this Order may result in dismissal of this action without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Petitioner *either* pay the full $5 filing fee *or* submit an Application to Proceed in District Court Without Prepaying Fees or Costs; and the Clerk is directed to mail to Petitioner a copy of this order and 2 copies of an Application to Proceed in District Court Without Prepaying Fees or Costs with instructions.

**SO ORDERED.**

                                                           THE HONORABLE GREGORY J. FOURATT
                                                           UNITED STATES MAGISTRATE JUDGE